B13005443   AC-1750

## United States District Court Violation Notice

CVB Location Code: **MN3**

| Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|
| H 5040038 | COURTEAU | 5P555 |

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☐ CFR ☐ USC ☐ State Code |
|---|---|
| 05/21/13 @ 1105 | 41CFR102-74.405 |

Place of Offense: 515 W. 1st St. Duluth, MN

Offense Description: ALCOHOLIC BEVERAGES — UNDER TH[redacted]

**DEFENDANT INFORMATION** Phone: (715) 392-1416

[redacted]

**VEHICLE DESCRIPTION**

Tag No.: N/A

A ☐ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT.
B ☒ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT.

$ 100 Forfeiture Amount
+ $25 Processing Fee

**PAY THIS AMOUNT →** $ 125 Total Collateral Due

YOUR COURT DATE

Original - CVB Copy
GSA2637

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on 05/21/2013 while exercising my duties as a law enforcement officer in the 5th District of MN

BIZUB CAME INTO THE GERALD W. HEANEY FEDERAL COURTHOUSE IN DULUTH MN. BIZUB WAS SUBCONTRACTED THROUGH A SUBCONTRACTOR WHO WAS SUBCONTRACTED THROUGH A CONTRACTOR WORKING FOR IRS. BIZUB WAS OVER 1½ HOURS LATE AND DROVE TO THE FACILITY TO DO CABLE WORK. EVERYONE TOLD ME THAT BIZUB REAKED OF ALCOHOLIC BEVERAGES. I SPOKE WITH BIZUB AND I IMMEDIATELY SMELLED A STRONG ODOR OF AN ALCOHOLIC BEVERAGE. HE WAS SLURRING AND SHAKING. I GAVE HIM SOBRIETY TESTS AND HE FAILED (SEE REPORT FOR DETAILS). BIZUB, IN MY PROFESSIONAL OPINION, WAS OBVIOUSLY INTOXICATED. I STOPPED HIM FROM BRINGING IN A LADDER THAT HE WAS GOING TO CLIMB. I ALSO TOLD HIM NOT TO DRIVE — HE COMPLIED & HAD FRIENDS DRIVE HIM HOME. DPD WAS ALSO CALLED.

The foregoing statement is based upon:
☒ my personal observation
☒ my personal investigation
☒ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 05/21/13  [signature]

Probable cause has been stated for the issuance of a warrant.

Executed on: _____ U.S. Magistrate Judge